# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**PATRICK RAMOND BABER**                                        **PLAINTIFF**

v.                         **Case No. 5:19-cv-00156-KGB-BD**

**DUSTY DODSON,** *et al.*                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 7). Plaintiff Patrick Ramond Baber has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 7). The Court dismisses without prejudice Mr. Baber's claims regarding exposure to black mold and verbal abuse by defendant Dusty Dodson (*Id.*, at 2).

It is so ordered this the 10th day of February, 2020.

Kristine G. Baker
United States District Judge