IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PATRICK RAMOND BABER**                                                                **PLAINTIFF**

v.                           **Case No. 5:19-cv-00156-KGB-BD**

**DUSTY DODSON,** *et al.*                                                               **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 33). Plaintiff Patrick Ramond Baber has filed no objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Baber's claims based on his failure to comply with Judge Deere's January 31, 2020, Order directing Mr. Baber to notify the Court of his current address within 30 days (Dkt. No. 27).

It is so ordered this the 4th day of December, 2020.

_____
Kristine G. Baker
United States District Judge