# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**PATRICK RAMOND BABER**                                                                 **PLAINTIFF**

v.                          **Case No. 5:19-cv-00156-KGB-BD**

**DUSTY DODSON,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Patrick Ramond Baber's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 4th day of December, 2020.

_____
Kristine G. Baker
United States District Judge